IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 24-80-JMY |
| YONG LEE | : | |
| 1701 Devonshire Road | : | |
| Dresher, PA 19025 | : | |

### AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for an **Arraignment / Guilty Plea hearing** on **THURSDAY, MARCH 28, 2024** at **12:30 P.M.** before the **Honorable JOHN MILTON YOUNGE** in **Courtroom 15-B, 15th Floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter:** A Korean interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:     Dedra A. Brannan, Courtroom Deputy to the Honorable John Milton Younge
        Phone: 267.299.7360

Date:   March 15, 2024

cc via U.S. Mail:    Defendant
cc via email:        Jonathan J. Sobel, Defense Counsel
                     Francis A. Weber, Assistant U.S. Attorney
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)