**From:** Jonathan Sobel <mate89@aol.com>
**Sent:** Thursday, March 28, 2024 3:02 PM
**To:** Dedra Brannan <Dedra_Brannan@paed.uscourts.gov>
**Cc:** francis.weber_usdoj.gov <Francis.weber@usdoj.gov>
**Subject:** Re: 24-cr-80-JMY(3.28.24) Cr Notice of Sentencing Hearing.pdf

**CAUTION - EXTERNAL:**

Good morning.  I realized when I left court that I will be out of the country on July 30, 2024 on a pre-paid vacation.


JONATHAN SOBEL, ESQUIRE
1500 WALNUT STREET, SUITE 2000
PHILADELPHIA, PA 19102
215 735 7535 (o)
215 735 7539 (f)
856 296 9070 (c)

Mate89@aol.com